District Judge Ronald B. Leighton

FILED LODGED
RECEIVED
FEB 06 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                     DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF WASHINGTON, *ex rel.* THOMAS E. PARKER, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>SEA MAR COMMUNITY HEALTH CENTER,<br><br>Defendant. | CASE NO. C18-5395-RBL<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States and the State of Washington (collectively, the "Governmental Entities") having declined at this time to intervene in this action pursuant to 31 U.S.C. § 3730(b)(4)(B) and Rev. Code Wash. § 74.66.050, it is hereby ORDERED that:

1.  The Complaint, this Order, the Governmental Entities' Notice of Declination, and all other papers on file in this action shall be unsealed;

2.  Relator shall serve a copy of the Complaint, this Order, and the Governmental Entities' Notice of Declination on Defendant;

3.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3)

ORDER - 1
(C18-5395-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and Rev. Code Wash. § 74.66.060(3). The Governmental Entities may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all Notices of Appeal upon the Governmental Entities;

5. All orders of this Court shall be sent to the Governmental Entities; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 3rd day of February, 2019.

RONALD B. LEIGHTON
United States District Judge

Presented by:

POOJA FALDU DAVÉ, NY Bar #5011804
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: pooja.dave@usdoj.gov

MATT KUEHN, WSBA #30419
Assistant Attorney General
Washington Office of the Attorney General
P.O. Box 40114
Olympia, WA 98504
E-Mail: mattk2@atg.wa.gov

ORDER - 2
(C18-5395-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970